UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Gilberto Flores Hernandez,

                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

21 mj 6018

Defendant __ Gilberto Flores Hernandez __ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

_XX_    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer


_G. Hernandez / ABK (w/ permission)_        _/s/ Bruce D. Koffsky_
Defendant's Signature                                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__ Gilberto Flores Hernandez __          __ Bruce D. Koffsky _____
Print Defendant's Name                                 Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_6/10/21_                                            _Andrew Krause_
Date                                                   ~~U.S. District Judge~~/U.S. Magistrate Judge