# COMPLAINT/REMOVAL DISMISSAL
**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 21 Mag. 6018   Date September 10, 2021

USAO No. 2021R00583

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ___ Removal Proceedings in

United States v. Jimenez, et al. — only as to defendant Gilberto Flores Hernandez

The Complaint/Rule 40 Affidavit was filed on June 10, 2021

___ U.S. Marshals please withdraw warrant.

ASSISTANT UNITED STATES ATTORNEY

Kevin Sullivan
(Print name)

**SO ORDERED:**

Judith C. McCarthy       9-10-2021
UNITED STATES MAGISTRATE JUDGE       DATE

---

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy